No. 74–1222.  WOLFF, WARDEN *v.* RICE.  C. A. 8th Cir.  [Certiorari granted, 422 U. S. 1055.]  Motion of respondent for appointment of counsel granted, and J. Patrick Green, Esquire, of Omaha, Neb., is appointed to serve as counsel for respondent in this case.

No. 74–1270.  TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* COLORADO PUBLIC INTEREST RESEARCH GROUP, INC., ET AL.  C. A. 10th Cir. [Certiorari granted, 421 U. S. 998.]  Motion of Michael S. Baram et al. for leave to file a brief as *amici curiae* granted.

No. 74–1274.  ABBOTT LABORATORIES ET AL. *v.* PORTLAND RETAIL DRUGGISTS ASSN., INC.  C. A. 9th Cir. [Certiorari granted, 422 U. S. 1040.]  Motion of Alabama Pharmaceutical Assn. et al. for leave to file a brief as *amici curiae* granted.

No. 74–1396.  MICHELIN TIRE CORP. *v.* WAGES, TAX COMMISSIONER, ET AL.  Sup. Ct. Ga.  [Certiorari granted, 422 U. S. 1040.]  Motion of Los Angeles County et al. for leave to participate in oral argument as *amici curiae* denied.

No. 75–436.  BUCKLEY ET AL. *v.* VALEO, SECRETARY OF THE UNITED STATES SENATE, ET AL.  Appeal from C. A. D. C. Cir; and

No. 75–437.  BUCKLEY ET AL. *v.* VALEO, SECRETARY OF THE UNITED STATES SENATE, ET AL.  Appeal from D. C. D. C.  [Probable jurisdiction noted, *ante,* p. 820.] Motion of Brice M. Claggett, Esquire, to permit Ralph K. Winter, Jr., Esquire, to present oral argument *pro hac vice* granted.  Motion of Senator Lee Metcalf for leave to permit oral argument on his behalf as *amicus curiae* denied without prejudice to his seeking part of the four hours allotted litigants in these cases.